**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Nina Y. Wang**

Civil Action No. 24-cv-03030-NYW-KAS

DIANNA GRACE REUTER,

Plaintiff,

v.

GOLF SCHOOL DISTRICT 67,
CRAIG JOHNSON,
JEFFREY KRESCH,
COLORADO OFFICE OF FILM, TELEVISION AND MEDIA,
CITY OF BOULDER,
BOULDER COMMUNITY HEALTH,
ST. JOSEPH'S INTERMOUNTAIN HEALTH,
COLORADO MENTAL HEALTH HOSPITAL, Fort Logan,
AIRCOA HOSPITALITY SERVICES, INC.,
CHOICE HOTELS INTERNATIONAL, INC.,
HILTON, INC.,
BOULDER COUNTY, and
ORVIS HOT SPRINGS, INC.,

Defendants.

---

## ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the Court on the Minute Order and Recommendation of United States Magistrate Judge issued by the Honorable Kathryn A. Starnella on August 30, 2026. [Doc. 37].[1] Judge Starnella recommended denying Plaintiff's Motion for Relief from Judgment or Order [Doc. 29], because the relief that Plaintiff seeks has no

[1] Where the court refers to the filings made in the Electronic Court Filing ("ECF") system in this action, it uses the convention [Doc. ___]. When the court refers to the ECF docket number for a different action, it uses the convention [ECF No. ___]. In either case, the court identifies the page number as assigned by the ECF system.

relationship to the claims and allegations in the operative complaint in this action [Doc. 22]. *See* [Doc. 37 at 2].

The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the Parties. [*Id*. at 4]; *see also* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on August 31, 2026. *See* [Doc. 37]. No Party has objected to the Recommendation, and the time to do so has elapsed.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a [magistrate judge's] factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[2] Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

The record demonstrates, as observed by Judge Starnella, that the case was terminated on January 15, 2025. [Doc. 27]. Judge Starnella denied Ms. Reuter's attempts to reopen the case. [Doc. 34; Doc. 35; Doc. 37]. It is not proper for a litigant to continue to submit filings in a closed case, and the district court has the authority to strike any such filings. *See Harper v. Ashcroft*, 156 F. App'x 80, 82 (10th Cir. 2005).

And here, where Ms. Reuter is seeking preliminary relief against non-parties for alleged wrongs unrelated to the claims in her Complaint in this case, relief is not proper.

[2] This standard of review is something less than a "clearly erroneous or . . . contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review, Fed. R. Civ. P. 72(b).

*See, e.g.*, *De Beers Consol. Mines v. United States*, 325 U.S. 212, 220 (1945) (observing that intermediate relief must be "of the same character as that which may be granted finally"); *Little v. Jones*, 607 F.3d 1245, 1251 (10th Cir. 2010) (when seeking a preliminary injunction, the movant must establish "a relationship between the injury claimed in the party's motion and the conduct asserted in the complaint"). Given the various cases and filings by her in this District, Ms. Reuter is subject to a filing restriction that was entered in *Reuter v. San Juan Mountains Credit Union*, No. 25-cv-04179-LTB, ECF No. 9 (D. Colo. Jan. 29, 2026). She may not avoid this filing restriction by attempting to shoehorn a new case into her Motion for Relief from Judgment or Order. [Doc. 29].

Accordingly, it is **ORDERED** that:

(1) The Minute Order and Recommendation of United States Magistrate Judge [Doc. 37] is **ADOPTED**;

(2) Plaintiff's Motion for Relief from Judgment or Order [Doc. 29] is **DENIED**; and

(3) **Ms. Reuter is specifically warned that any further filings in this action will be stricken without substantive consideration**.

DATED: September 16, 2026

BY THE COURT:

Nina Y. Wang
United States District Judge